Michele R. Stafford, Esq. (SBN 172509)
Blake E. Williams, Esq. (SBN 233158)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mstafford@sjlawcorp.com
bwilliams@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA GLAZIERS, ARCHITECTURAL METAL AND GLASS WORKERS PENSION TRUST FUND, et al.,<br><br>Plaintiffs,<br>v.<br><br>SANDMAN GLASS, INC., a California corporation,<br><br>Defendant. | Case No.: C12-1791 JSW<br><br>**REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE;**<br><br>and **[PROPOSED]** ORDER THEREON<br><br>Date: July 20, 2012<br>Time: 1:30 p.m.<br>Dept.: 11, 19th Floor<br>Judge: The Honorable Jeffrey S. White |

Plaintiffs hereby submit their Case Management Conference Statement as follows:

1. As the Court's records will reflect, this action was filed on June 16, 2011 (Dkt. #1) to compel Defendant's compliance with its collective bargaining agreement. Service on Defendant was effectuated on June 29, 2012. A Proof of Service of Summons was filed with the Court on July 2, 2012 (Dkt. #10). Defendant's Answer is due on July 20, 2012.

2. The parties have been in contact to discuss settlement of this matter by way of a Judgment Pursuant to Stipulation providing for a payment plan to allow Defendant to bring their account current by making monthly payments to Plantiffs. Plaintiffs' counsel anticipates providing a proposed Judgment Pursuant to Stipulation to Defendant this week.

3. Accordingly, Plaintiffs respectfully request that the Case Management Conference, currently scheduled for July 20, 2012, be continued for 60 days to allow for additional settlement efforts and/or for Defendant to file an Answer.

4.   There are no issues that need to be addressed by the parties at the currently scheduled Case Management Conference. In the interest of conserving costs as well as the Court's time and resources, Plaintiffs respectfully request that the Court continue the currently scheduled Case Management Conference.

I declare under penalty of perjury that I am the attorney for the Plaintiffs in the above entitled action, and that the foregoing is true of my own knowledge.

Executed this 10th day of July, 2011, at San Francisco, California.

SALTZMAN & JOHNSON
LAW CORPORATION

By: _____/S/_____
Blake E. Williams
Attorneys for Plaintiffs

IT IS SO ORDERED.

The currently set Initial Case Management Conference is hereby continued to September 21, 2012 at 1:30 p.m. All related deadlines are hereby extended accordingly.

Date: July 12, 2012

_____
UNITED STATES DISTRICT COURT JUDGE