| | |
|---|---|
| 1 | Michele R. Stafford, Esq. (SBN 172509) |
| | Blake E. Williams, Esq. (SBN 233158) |
| 2 | SALTZMAN & JOHNSON LAW CORPORATION |
| | 44 Montgomery Street, Suite 2110 |
| 3 | San Francisco, CA 94104 |
| | (415) 882-7900 |
| 4 | (415) 882-9287 – Facsimile |
| | mstafford@sjlawcorp.com |
| 5 | bwilliams@sjlawcorp.com |
| 6 | Attorneys for Plaintiffs |
| 7 | |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 10 | NORTHERN CALIFORNIA GLAZIERS, ARCHITECTURAL METAL AND GLASS WORKERS PENSION TRUST FUND, et al., | Case No.: C12-1791 JSW |
| 11 | | **REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE;** |
| 12 | Plaintiffs, | |
| | v. | **and [PROPOSED] ORDER THEREON** |
| 13 | | |
| 14 | SANDMAN GLASS, INC., a California corporation, | Date: September 21, 2012 |
| | | Time: 1:30 p.m. |
| | | Dept.: 11, 19th Floor |
| 15 | Defendant. | Judge: The Honorable Jeffrey S. White |

17    Plaintiffs hereby submit their Case Management Conference Statement as follows:

18    1.    As the Court's records will reflect, this action was filed on April 10, 2012 (Dkt. #1) to compel Defendant's compliance with its collective bargaining agreement. Service on Defendant was effectuated on June 29, 2012. A Proof of Service of Summons was filed with the Court on July 2, 2012 (Dkt. #10). Defendant's Answer was due on July 20, 2012, however, no Answer was filed.

23    2.    The Court continued the previous Case Management Conference set for July 20, 2012 to allow time for the parties to discuss settlement of this matter by way of a Judgment Pursuant to Stipulation providing for a payment plan to allow Defendant to bring their account current by making monthly payments to Plaintiffs.

27    3.    Since then, Defendant made a partial payment to Plaintiffs toward the amounts owed. Plaintiffs then provided Defendant with a proposed Judgment Pursuant to Stipulation for

1. payment of the remaining amounts owed. However, Defendant failed to sign the Stipulation or respond in any way to Plaintiffs' counsel's proposal. Plaintiffs have therefore prepared a Request for Entry of Default, which is being filed concurrently with this Request.

4. Accordingly, Plaintiffs respectfully request that the Case Management Conference, currently scheduled for September 21, 2012, be continued for 60 days to allow for additional settlement efforts and/or for Defendant to request that their default be overturned, and file an Answer. If settlement efforts fail and Defendant fails to appear in the lawsuit, Plaintiffs' counsel anticipates preparation and filing of a Motion for Default Judgment with the Court.

5. There are no issues that need to be addressed by the parties at the currently scheduled Case Management Conference. In the interest of conserving costs as well as the Court's time and resources, Plaintiffs respectfully request that the Court continue the currently scheduled Case Management Conference.

I declare under penalty of perjury that I am the attorney for the Plaintiffs in the above entitled action, and that the foregoing is true of my own knowledge.

Executed this 14th day of September, 2012, at San Francisco, California.

SALTZMAN & JOHNSON
LAW CORPORATION

By:       /S/
Blake E. Williams
Attorneys for Plaintiffs

IT IS SO ORDERED.

The currently set Initial Case Management Conference is hereby continued to <u>November 16, 2012</u> at <u>1:30 p.m.</u> All related deadlines are hereby extended accordingly.

Date: <u>September 17, 2012</u>

_____
UNITED STATES DISTRICT COURT JUDGE