IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA GLAZIERS ARCHITECTURAL METALS AND GLASS WORKERS PENSION TRUST FUND, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SANDMAN GLASS, INC., <br><br> Defendant. | No. C 12-01791 JSW <br><br> **ORDER RE JUDGMENT PURSUANT TO STIPULATION** |

On October 17, 2012, the parties submitted a judgment pursuant to stipulaton. Defendant Sandman Glass, Inc. is not represented by counsel. Mark William Sandman, president of the defendant corporation signed, the stipulation in his personal capacity and also on behalf of the corporation. However, corporations may appear in the federal courts only through licensed counsel. *See Rowland v. California Men's Colony, Unit II Men's Advisory Council*, 506 U.S. 194, 202 (1993); *see also* Civ. L.R. 3-9 ("A corporation, unincorporated association, partnership or other such entity may appear only through a member of the bar of this Court."). Therefore, the Court cannot accept the stipulation. The case management conference scheduled for November 16, 2012, remains on calendar.

Plaintiffs shall serve a copy of this Order on Defendant.

**IT IS SO ORDERED.**

Dated: October 22, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE