Michele R. Stafford, Esq. (SBN 172509)
Blake E. Williams, Esq. (SBN 233158)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mstafford@sjlawcorp.com
bwilliams@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA GLAZIERS, ARCHITECTURAL METAL AND GLASS WORKERS PENSION TRUST FUND, et al., <br><br> Plaintiffs, <br> v. <br><br> SANDMAN GLASS, INC., a California corporation, <br><br> Defendant. | Case No.: C12-1791 JSW <br><br> **REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE;** <br><br> **and [PROPOSED] ORDER THEREON** <br><br> Date: November 16, 2012 <br> Time: 1:30 p.m. <br> Dept.: 11, 19th Floor <br> Judge: The Honorable Jeffrey S. White |

Plaintiffs hereby submit their Case Management Conference Statement as follows:

1. As the Court's records will reflect, this action was filed on April 10, 2012 (Dkt. #1) to compel Defendant's compliance with its collective bargaining agreement. Service on Defendant was effectuated on June 29, 2012. A Proof of Service of Summons was filed with the Court (Dkt. #10). Defendant failed to file an Answer, and the Clerk entered Defendant's default on September 18, 2012 (Dkt. #19).

2. Since then, the parties reached a settlement by way of a Judgment Pursuant to Stipulation providing for a payment plan to allow Defendant to bring their account current by making monthly payments to Plaintiffs. The Stipulation was filed with the Court on October 17, 2012 (Dkt. #21), and the Court issued a responsive Order (Dkt. #22) thereafter, stating that the Stipulation was not acceptable because corporations may only appear in federal courts through their licensed counsel.

3. Accordingly, Defendant provided Plaintiffs' counsel with the contact information for their attorney. Plaintiffs' counsel sent multiple emails to Defendant's attorney, but did not receive any response. Plaintiffs' counsel then discovered that Defendant's attorney had changed law firms, and left a voicemail message for Defendant's attorney today.

4. Plaintiffs respectfully request that the Case Management Conference, currently scheduled for November 16, 2012, be continued for 30 days to allow time for Defendant's counsel to formally represent them in this action, and for the parties to file a revised Stipulation with the Court.

5. There are no issues that need to be addressed by the parties at the currently scheduled Case Management Conference. In the interest of conserving costs as well as the Court's time and resources, Plaintiffs respectfully request that the Court continue the currently scheduled Case Management Conference.

I declare under penalty of perjury that I am the attorney for the Plaintiffs in the above entitled action, and that the foregoing is true of my own knowledge.

Executed this 8th day of November, 2012, at San Francisco, California.

SALTZMAN & JOHNSON
LAW CORPORATION


By: _____/S/_____
Blake E. Williams
Attorneys for Plaintiffs

IT IS SO ORDERED.

The currently set Initial Case Management Conference is hereby continued to __December 14, 2012__ at __1:30 p.m.__. All related deadlines are hereby extended accordingly.

Date: __November 9, 2012__     _____
UNITED STATES DISTRICT COURT JUDGE