| | |
|---|---|
| 1 | Michele R. Stafford, Esq. (SBN 172509) |
|   | Blake E. Williams, Esq. (SBN 233158) |
| 2 | SALTZMAN & JOHNSON LAW CORPORATION |
|   | 44 Montgomery Street, Suite 2110 |
| 3 | San Francisco, CA 94104 |
|   | (415) 882-7900 |
| 4 | (415) 882-9287 – Facsimile |
|   | mstafford@sjlawcorp.com |
| 5 | bwilliams@sjlawcorp.com |
| 6 | Attorneys for Plaintiffs |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA GLAZIERS, ARCHITECTURAL METAL AND GLASS WORKERS PENSION TRUST FUND, et al., | Case No.: C12-1791 JSW |
| Plaintiffs, | **REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE;** |
| v. | and ~~[PROPOSED]~~ **ORDER THEREON** AS MODIFIED |
| SANDMAN GLASS, INC., a California corporation, | Date: December 14, 2012 |
|  | Time: 1:30 p.m. |
|  | Dept.: 11, 19th Floor |
| Defendant. | Judge: The Honorable Jeffrey S. White |

Plaintiffs hereby submit their Case Management Conference Statement as follows:

1. As the Court's records will reflect, this action was filed on April 10, 2012 (Dkt. #1) to compel Defendant's compliance with its collective bargaining agreement. Service on Defendant was effectuated on June 29, 2012. A Proof of Service of Summons was filed with the Court (Dkt. #10). Defendant failed to file an Answer, and the Clerk entered Defendant's default on September 18, 2012 (Dkt. #19).

2. Since then, the parties reached a settlement by way of a Judgment Pursuant to Stipulation providing for a payment plan to allow Defendant to bring their account current by making monthly payments to Plaintiffs. The Stipulation was filed with the Court on October 17, 2012 (Dkt. #21), and the Court issued a responsive Order (Dkt. #22) thereafter, stating that the Stipulation was not acceptable because corporations may only appear in federal courts through their licensed counsel.

3. Accordingly, Defendant provided Plaintiffs' counsel with the contact information for their attorney. Plaintiffs' counsel sent multiple emails to Defendant's attorney, but did not receive any response. Plaintiffs' counsel then discovered that Defendant's attorney had changed law firms, and left a voicemail message for Defendant's attorney today.

4. Since the Court continued the last Case Management Conference, which was scheduled for November 16, 2012, counsel for both parties have been in contact, and have reached an agreement to sign an amended Stipulation. Plaintiffs' counsel anticipates filing the fully executed Stipulation with the Court within one week.

5. Plaintiffs respectfully request that the Case Management Conference, currently scheduled for December 14, 2012, be continued for thirty (30) days to allow time for the parties to file the amended Stipulation with the Court, and for entry of Judgment.

6. There are no issues that need to be addressed by the parties at the currently scheduled Case Management Conference. In the interest of conserving costs as well as the Court's time and resources, Plaintiffs respectfully request that the Court continue the currently scheduled Case Management Conference.

I declare under penalty of perjury that I am the attorney for the Plaintiffs in the above entitled action, and that the foregoing is true of my own knowledge.

Executed this 7th day of December, 2012, at San Francisco, California.

SALTZMAN & JOHNSON
LAW CORPORATION

By: _____/S/_____
Blake E. Williams
Attorneys for Plaintiffs

IT IS SO ORDERED.

The Court VACATES the case management conference. If the parties are unable to document their settlement, Plaintiffs may request that this matter be placed on calendar for a status conference.

~~The currently set Initial Case Management Conference is hereby continued to _____ at _____. All related deadlines are hereby extended accordingly.~~

Date: December 10, 2012

UNITED STATES DISTRICT COURT JUDGE

[signature: Jeffrey S. White]